of age. She had never had an act of sexual intercourse before.

On the day of the assault a physician examined prosecutrix. He testified that her clothing was bloody; that her female organ was lacerated and bleeding; and that her hymen had been ruptured.

Appellant did not testify, and introduced no witnesses.

Appellant contends that the proof is insufficient to show that prosecutrix was under the age of eighteen years, as alleged in the indictment. Prosecutrix testified positively on her direct examination that she was under eighteen years of age. On her cross-examination she stated that she had never been to school and that she did not know the year she was born. We think her testimony warranted the conclusion of the jury that she was under eighteen.

Appellant attaches to his brief instruments which were not introduced in evidence and which were not before the trial court. Under the circumstances, the matters they relate to cannot be considered by this court on the appeal.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## MOORE v. STATE.

No. 18625.

Court of Criminal Appeals of Texas.

Dec. 2, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find in the record neither statement of facts nor bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

## WILT v. STATE.

No. 18622.

Court of Criminal Appeals of Texas.

Dec. 2, 1936.

F. G. Swanson, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50, punishment assessed being ten years' confinement in the penitentiary.

The indictment properly charges the offense. No bills of exception complaining of any procedure during the trial are brought forward. The facts have been examined and are deemed sufficient to support the conviction.

The judgment is affirmed.